UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lagenia Trotman

                Plaintiff(s),

                - v -

Stop & Shop Company and
The Stop & Shop Supermarket
Company, LLC
                Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

USDC SDNY   CV. 1788   (RMB)
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **5/12/10**

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by  7/15/10

(ii)    Amend the pleadings by  7/31/10

(iii)   All discovery to be **expeditiously** completed by  8/31/10  (Fact + Exprt)

(iv)   Consent to Proceed before Magistrate Judge

(v)    Status of settlement discussions  With principals on 9/9/10 @ 9:00

Sections vi through xi will be set at conference with the Court.

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED: New York, New York
                     5/12/10

RMB

Hon. Richard M. Berman, U.S.D.J.